# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUEVARRA MACALMA, | CASE NO. 06CV2623 WQH (AJB) |
| Petitioner, | ORDER |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et.al., | |
| Respondents. | |

Hayes, Judge:

On July 13, 2007, this Court granted Petitioner's motion (Doc. # 24) for injunctive relief preventing the government from re-detaining petitioner without the benefit of a hearing as follows: Petitioner shall have thirty days from the date of the BIA's order to renew these habeas proceedings if the BIA orders that Petitioner must be detained, and Immigration and Customs Enforcement shall not take Petitioner into custody pending such thirty days or further order of this Court. On September 26, 2007, this Court granted Petitioner's Motion for Release under an Order of Supervision (Doc. #35). Petitioner continues on release.

IT IS HEREBY ORDERED that this action for a writ of habeas corpus shall be administratively closed by the Clerk of the Court.

IT IS FURTHER ORDERED that the order of July 13, 2007 (Doc. #27) shall remains in effect as follows: Petitioner shall have thirty days from the date of the BIA's order to reopen this habeas proceedings if the BIA orders that Petitioner must be detained, and Immigration and Customs Enforcement shall not take Petitioner into custody pending such thirty days or further order of this Court.

DATED: March 25, 2008

**WILLIAM Q. HAYES**
United States District Judge